IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN ROMAN-POLANCO,<br>Plaintiff | : | No. 3:18cv216 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| TIM BETTI, et al.,<br>Defendants | : | |

## ORDER

**AND NOW**, to wit, this 13th day of March 2019, we have before us for disposition Magistrate Judge Karoline Mehalchick's report and recommendation, which proposes that the Clerk of Court be directed to close the above-captioned case. The magistrate judge notes that on September 19, 2018, Plaintiff Juan Roman-Polanco's complaint was dismissed without prejudice, and we afforded the plaintiff thirty (30) days leave to file an amended complaint. To date, an amended complaint has not been filed.

No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(B) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation");

<u>see</u> <u>also</u> 28 U.S.C. § 636(b)(1); <u>Sullivan v. Cuyler</u>, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither clear error on the face of the record nor manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1. The magistrate judge's report and recommendation (Doc. 11) is **ADOPTED**;
2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court